IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | |
|---|---|
| Paula R. Kindred, et al., | |
| Plaintiffs, | Case No. C2-03-237 |
| - vs - | Judge John D. Holschuh |
| Licking County Board of Commissioners, et al., | Magistrate Judge Abel |
| Defendants. | |

- - -

### Deposition

of **Sheriff Gerry Billy**, a witness herein, called by the Plaintiffs under the applicable Ohio Rules of Civil Procedure, taken before Marilyn Murphy Houck, a Notary Public in and for the State of Ohio, pursuant to notice and by agreement of counsel, at the Offices of the Licking County Justice Center, 155 East Main Street, Newark, Ohio, on March, 5, 2004, at 10:00 a.m.

- - -

Marilyn Murphy Houck Reporting
5445 Wellston Court
Dublin, Ohio 43017
(614) 228-8608

